

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00478-CV

| | | |
|---|---|---|
| JERALD H. MILLER JR., Appellant | § | On Appeal from the 141st District Court |
| V. | § | of Tarrant County (141-329967-21) |
| | § | December 5, 2024 |
| TARRANT COUNTY APPRAISAL DISTRICT, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
   Chief Justice Bonnie Sudderth